**Billy Glenn FAIR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 52043.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1987.

Motion for Rehearing and/or Transfer
Denied July 30, 1987.

Application to Transfer
Denied Sept. 15, 1987.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Byrona J. Kincanon, Asst. Atty. Gen., Jefferson City, for respondent.

**ORDER**

PER CURIAM:

Movant appeals from the denial of his Rule 27.26 motion after an evidentiary hearing. The motion challenged movant's jury conviction of first degree assault and resulting ten-year sentence.

The judgment of the trial court is based on findings of fact and conclusions of law which are not clearly erroneous. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).